No. 158. J. M. Vivas v. G. Akuna. Exceptions from circuit court, second circuit. Submitted May 1, 1905. Decided

May 2, 1905. Frear, C.J., Hartwell and Wilder, JJ. Sufficiency of appellant's bond on appeal from district magistrate to circuit court. The bond in this case was sufficient. The plaintiff obtained judgment for $150 and costs in an action for attorney's fees before the district magistrate of Makawao, Island of Maui. The defendant appealed to the circuit court of the second circuit, filing his bond in the penal sum of $310, conditioned to "faithfully prosecute his said appeal without delay and faithfully pay unto the said J. M. Vivas the full amount of any judgment including costs that may be rendered or affirmed against him in said appellate court in said cause." The circuit court on the plaintiff's motion dismissed the appeal on the ground that "there is no bond filed for costs in the sum of $100 as required by law so as to perfect an appeal to a jury, and the bond filed does not cover the required amounts according to law." To this ruling the defendant excepted. Per curiam: By Rule 8 the exception in this case could have been simply stated without bringing up the records in the case. The bond was sufficient to comply with the statute. The exception is sustained and the case remanded accordingly. *A. G. Correa* for plaintiff. *J. L. Coke* for defendant.